# Exhibit B



January 22, 2020

*SENT VIA ELECTRONIC MAIL,*
*USPS FIRST CLASS MAIL,*
*AND CERTIFIED MAIL*
*RETURN RECEIPT REQUESTED*
*CERTIFICATE NO. 70192280000081779333*

Hudson Palmer Homes, Inc.
C/O Nancy J. Wright, Esquire (njwright@rpmcbridelaw.com)
LAW OFFICE OF RICHARD P. MCBRIDE
714 N. Bethlehem Pike, Suite 101
Lower Gwynedd, Pennsylvania 19002

      Re:    Taylor, et al. v. Hudson Palmer Homes, Inc.
                Chester Court CP No. 2018-08638-TT

Dear Ms. Wright:

Enclosed please find Plaintiffs' 10 Day Notice of Default directed to Hudson Palmer Homes, Inc. in the above referenced matter.

Should you have any questions, please feel free to contact me.

Thank you.

                                          Sincerely,
                                          **HORN WILLIAMSON, LLC**

                                            /s/Carter N. Williamson
                                            Carter N. Williamson, Esquire

CNW/hsh
Enclosure

**Carter N. Williamson**
Attorney at Law

**Horn Williamson, LLC**
Attorneys at Law
2 Penn Center | Suite 1700
1500 JFK Boulevard
Philadelphia, PA 19102
tel 215-987-3800
www.hornwilliamson.com

HORN WILLIAMSON LLC
Jennifer M. Horn, Esquire
Carter N. Williamson, Esquire
PA ID Nos. 79721/77599
2 Penn Center, Suite 1700
1500 JFK Boulevard
Philadelphia, PA 19102
484-278-4600
jhorn@hornwilliamson.com
cwilliamson@hornwilliamson.com

*Attorneys for Plaintiffs*

| | |
|---|---|
| ALKESHKUMAR D. TAYLOR and SONAL A. TAYLOR | COURT OF COMMON PLEAS OF CHESTER COUNTY, PENNSYLVANIA |
| Plaintiffs, | |
| v. | |
| HUDSON PALMER HOMES, INC., f/k/a THE CUTLER GROUP, INC., d/b/a DAVID CUTLER GROUP, | NO. 2018-08638-TT |
| Defendant. | |

## 10 DAY NOTICE OF INTENTION TO TAKE DEFAULT JUDGMENT

To: Hudson Palmer Homes, Inc.
C/O Nancy J. Wright, Esquire (njwright@rpmcbridelaw.com)
LAW OFFICE OF RICHARD P. MCBRIDE
714 N. Bethlehem Pike, Suite 101
Lower Gwynedd, Pennsylvania 19002

**DATE OF NOTICE: January 21, 2020**

### IMPORTANT NOTICE

YOU ARE IN DEFAULT BECAUSE YOU HAVE FAILED TO ENTER A WRITTEN APPEARANCE PERSONALLY OR BY AN ATTORNEY AND FILE IN WRITING YOUR OBJECTIONS TO THE CLAIMS SET FORTH AGAINST YOU. UNLESS YOU ACT WITHIN TEN DAYS FROM THE DATE OF THIS NOTICE A JUDGMENT MAY BE ENTERED AGAINST YOU WITHOUT A HEARING AND YOU MAY LOSE YOUR PROPERTY OR OTHER IMPORTANT RIGHTS.

ACTIVE\01911\0001\332650.v1-1/21/20

YOU SHOULD TAKE THIS PAPER TO YOUR LAWYER AT ONCE. IF YOU DO NOT HAVE A LAWYER, GO TO OR TELEPHONE THE OFFICE SET FORTH BELOW. THIS OFFICE CAN PROVIDE YOU WITH INFORMATION ABOUT HIRING A LAWYER.

IF YOU CANNOT AFFORD TO HIRE A LAWYER, THIS OFFICE MAY BE ABLE TO PROVIDE YOU WITH INFORMATION ABOUT AGENCIES THAT MAY OFFER LEGAL SERVICES TO ELIGIBLE PERSONS AT A REDUCED RATE OR NO FEE.

**Chester County Bar Association**
**15 W. Gay Street**
**2nd Floor**
**West Chester, PA 19380**
**610-429-1500**

**HORN WILLIAMSON, LLC**

Dated: 1/22/2020

*/s/ Carter N. Williamson*
Carter N. Williamson, Esquire
Attorney for Plaintiffs

HORN WILLIAMSON LLC
Jennifer M. Horn, Esquire
Carter N. Williamson, Esquire
PA ID Nos. 79721/77599
2 Penn Center, Suite 1700
1500 JFK Boulevard
Philadelphia, PA 19102
484-278-4600
jhorn@hornwilliamson.com
cwilliamson@hornwilliamson.com

*Attorneys for Plaintiffs*

| | |
|---|---|
| ALKESHKUMAR D. TAYLOR and SONAL A. TAYLOR<br><br>Plaintiffs,<br><br>v.<br><br>HUDSON PALMER HOMES, INC., f/k/a THE CUTLER GROUP, INC., d/b/a DAVID CUTLER GROUP,<br><br>Defendant. | COURT OF COMMON PLEAS OF CHESTER COUNTY, PENNSYLVANIA<br><br><br><br><br>NO. 2018-08638-TT |

## CERTIFICATE OF SERVICE

I, Carter N. Williamson, Esquire, attorney for Plaintiffs, hereby certify that a true and correct copy of the foregoing, 10 Day Notice of Default, was served on Hudson Palmer Homes, Inc., via electronic mail, USPS First Class Mail and Certified Mail, Return Receipt Requested to counsel of record.

HORN WILLIAMSON, LLC

Dated: 1/22/2020

/s/ Carter N. Williamson
Carter N. Williamson, Esquire
Attorney for Plaintiffs