IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | CHAPTER 7 |
| | : | |
| HUDSON PALMER HOMES, INC., | : | BANKRUPTCY NO. 18-17509-jkf |
| | : | |
| Debtor. | : | |
| | : | |

**ORDER SCHEDULING EXPEDITED HEARING AND TO LIMIT NOTICE ON EXPEDITED MOTION OF GARY F. SEITZ, CHAPTER 7 TRUSTEE, TO REIMPOSE THE AUTOMATIC STAY UNDER 11 U.S.C. § 362 OF THE BANKRUPTCY CODE AS TO THE MATTER OF TAYLOR, ET AL. V. HUDSON PALMER HOMES, INC., CHESTER COUNTY COURT CP NO. 2018-08638-TT PURSUANT TO BANKRUPTCY <u>RULE 9024</u>**

AND NOW, this \_\_\_\_ day of January 2020, upon consideration of Motion of Gary F. Seitz, Chapter 7 Trustee, to reimpose the automatic stay under 11 U.S.C §362 which was lifted by the Court by Order of June 26, 2019 upon motion of Alkeshkumar and Sonal Taylor (the "Motion") and Request for Expedited Consideration of Same; it appearing that an expedited hearing is required; it is hereby ORDERED that:

1. A hearing shall be held to consider the relief requested in the Motion at \_\_\_\_\_.m. on _____, 2020 in Courtroom No. 3, United States Bankruptcy Court, Robert N.C. Nix Building, 900 Market Street, Philadelphia, Pennsylvania 19103;

2. Notice of the hearing date shall be limited to the Interested Parties, serving upon them copies of said Motion and this Order by facsimile transmission, hand delivery, email, electronic transmission or overnight mail within one (1) day of receipt of this Order; and

3. If notice is provided in the manner aforesaid, it shall be deemed to be sufficient and proper for purposes of the Bankruptcy Code, the Federal Rules of Bankruptcy Procedure and the Local Rules of this Court.

Dated:

---------------------------------------
**JEAN K. FITZSIMON**
**UNITED STATES BANKRUPTCY JUDGE**