# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **In re:** | : | **CHAPTER 7** |
| | : | |
| **HUDSON PALMER HOMES, INC.,** | : | **BANKRUPTCY NO. 18-17509-jkf** |
| | : | |
| Debtor. | : | |
| | : | |

### ORDER REIMPOSING THE AUTOMATIC STAY UNDER 11 U.S.C. § 362 OF THE BANKRUPTCY CODE AS TO THE MATTER OF TAYLOR, ET AL. V. HUDSON PALMER HOMES, INC., CHESTER COUNTY COURT CP NO. 2018-08638-TT

**AND NOW**, this _____ day of January 2020 upon consideration of the Motion of the Trustee to Reimpose the Automatic Stay Under 11 U.S.C. §362 of the Bankruptcy Code as to the matter captioned, *Taylor, et al. v. Hudson Palmer Homes, Inc*., Chester County CP No. 2018-08638-TT (the "Taylor State Court Action") Pursuant to Bankruptcy Rule 9024 (the "Motion"), and any response thereto, and the Court being satisfied the relief sought is in the best interests of the Debtor and sufficient cause appearing therefore, it is

ORDERED that the Motion is hereby GRANTED; and it is further

ORDERED that the Bankruptcy Court's Order of June 26, 2019 is hereby vacated as to the Taylor State Court Action and any other clients of Horn Williamson that seek claims against Debtor for which there is no coverage and the automatic stay under 11 U.S.C. §362 is hereby reimposed with respect to the Taylor State Court Action and other clients of Horn Williamson.

BY THE COURT:

_____
JEAN K. FITZSIMON
UNITED STATES BANKRUPTCY JUDGE