## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | CHAPTER 7 |
| | : | |
| HUDSON PALMER HOMES, INC., | : | BANKRUPTCY NO. 18-17509-jkf |
| | : | |
| Debtor. | : | |
| | : | |

### CERTIFICATE OF SERVICE

I, Holly S. Miller, Esquire, do hereby certify that on the date set forth below, I caused a true and correct copy of the Motion of the Trustee to Reimpose the Automatic Stay Under 11 U.S.C. §362 of the Bankruptcy Code as to the Taylor State Court Action Pursuant to Bankruptcy Rule 9024 to be served via electronic service upon all parties receiving notice through the Court's ECF system and via electronic mail upon the following parties:

Jennifer M. Horn, Esquire
Carter N. Williamson, Esquire
HORN WILLIAMSON LLC
jhorn@hornwilliamson.com
cwilliamson@hornwilliamson.com
*Counsel to Alkeshkumar and Sonal Taylor*

Date: January 23, 2020

/s/ *Holly S. Miller*
Holly S. Miller