**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re: | : | Chapter 7 |
| | : | |
| HUDSON PALMER HOMES, INC. | : | Bankruptcy No. 18-17509-AMC |
| | : | |
| | : | |
| Debtor | : | |

**ORDER**

THIS MATTER coming before the Court on the Trustee's Omnibus Objection to Duplicate Claims, Notice Pursuant to the Local Rules having been given, and after a hearing it is hereby ORDERED that

the Objection is GRANTED; and

the Duplicate Claims as defined in Exhibit A to the Objection are hereby DISALLOWED and EXPUNGED.

Dated: January 11, 2024

BY THE COURT:

_____
Ashely M. Chan
United States Bankruptcy Judge

**EXHIBIT A TO ORDER**

| CREDITOR | DUPLICATE CLAIM NUMBER TO EXPUNGE | EARLIER CLAIM NUMBER | Amount to Expunge |
|---|---|---|---|
| Michael J. Sweeney & Gina M. Finnachio-Sweeney 12 CAMERON COURT EXTON, PA  19341 | 1 (unsupported) | 32 (supported) | $45,000 general unsecured |
| Cheryl Loke c/o Damien Nicholas Tancredi 1835 Market Street, Suite 1050 Philadelphia, PA 19103 | 102 | 101 | $2,850.00 priority and $90,051.00 general unsecured |
| Greg Vesper & Lisa Vesper C/O ANDREW P BARATTA, ESQ. Baratta, Russell & Baratta 3500 Reading Way Huntingdon Valley, PA  19006 | 197 | 195 | $325,315.36 general unsecured |