## UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:  Hudson Palmer Homes, Inc.          :          Chapter 7

Debtor                                     :          Bankruptcy No. 18-17509-AMC

## ORDER GRANTING APPLICATION FOR PAYMENT OF UNCLAIMED FUNDS

AND NOW, this _30th_ day of ___April___, 2026, upon consideration of the Application filed on behalf of Claimants Ernest and Pamela Schubert for payment of unclaimed funds deposited with the Court pursuant to 11 U.S.C. § 347(a), and the Application and supporting documentation establish that the Claimants are entitled to the unclaimed funds; accordingly, it is hereby ORDERED that, pursuant to 28 U.S.C. § 2042:

1. The Application is GRANTED;

2. The sum of $4,375.28 be made jointly payable to Ernest Schubert and Pamela Schubert; and

3. That payment shall be disbursed to the payees c/o their legal representative at the following address: Carter N. Willliamson, Esquire, HORN WILLIAMSON, LLC, One Commerce Square, 32nd Floor, 2005 Market Street, Philadelphia, PA  19103.

BY THE COURT:

ASHELY M. CHAN
CHIEF BANKRUPTCY JUDGE